# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **RON LOCKWOOD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 4:05cv1401 TCM |
| ) | |
| **CLIMATE EXPRESS, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **March 5, 2007**.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a consented judgment. **Failure to timely comply with this Order may result in the dismissal of this action with prejudice**.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  12th  day of February, 2007.